No. 84–407.   HOSKINS v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 84–460.   GREENE v. NEW YORK CITY HEALTH & HOSPITAL CORP.   C. A. 2d Cir.   Certiorari denied.

No. 84–492.   ARRINGTON v. MISSISSIPPI.   Sup. Ct. Miss. Certiorari denied.

No. 84–563.   CENTURY AIR FREIGHT, INC. v. AMERICAN AIRLINES, INC.   C. A. 2d Cir.   Certiorari denied.

No. 84–567.   NORD v. ARKANSAS.   Ct. App. Ark.   Certiorari denied.

No. 84–568.   ARMSTRONG, TRUSTEE OF THE ESTATES OF LINDBERG ET AL. v. LINDBERG ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–569.   PENNZOIL CO. v. PUBLIC SERVICE COMMISSION OF WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 84–570.   VUYANICH ET AL. v. REPUBLIC NATIONAL BANK OF DALLAS.   C. A. 5th Cir.   Certiorari denied.

No. 84–582.   KOLLIAS v. BAY TANKERS, INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–583.   WILLIAMS v. MELTON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 84–602.   CITY OF ALAMEDA v. PREMIER COMMUNICATIONS NETWORK, INC.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 84–613.   EMI LTD. v. BENNETT ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–618.   BRATTON, ADMINISTRATOR OF THE ESTATE OF BRATTON v. SAFEWAY STORES, INC.   C. A. 8th Cir.   Certiorari denied.

No. 84–622.   EDDIE STEAMSHIP CO. LTD. v. P. T. KARANA LINE.   C. A. 2d Cir.   Certiorari denied.